THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMILIO SEMIONE, Appellant.

*Appeal — motion to dismiss for failure to prosecute.*

(Submitted December 4, 1922; decided December 5, 1922.)

MOTION to dismiss an appeal from a judgment of the Supreme Court, rendered February 25, 1921, at a Trial Term for the county of Erie upon a verdict convicting the defendant of the crime of murder in the first degree.

The motion was made upon the ground of failure to prosecute the appeal.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of counsel), for motion.

*John S. Knibloe* opposed.

Motion denied.   Case peremptorily set down for argument first Thursday, January, 1923, session.